THOMAS B. PARKER, Appellant, v. MELVIN AMES, Respondent.— Appeal dismissed, unless appellant shall file and serve printed records and printed briefs by August first. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WARREN C. SMITH, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order modified to provide that the objection to the complaint, based upon plaintiff's non-residence, and the objection of res adjudicata, are overruled, with permission to allege such facts in the answer as defenses; and as so modified affirmed, without costs of this appeal to either party. All concur, except Crouch, J., who dissents and votes for reversal and dismissal of the complaint as matter of discretion, on the ground that plaintiff and defendant are non-residents and the cause of action arose in a foreign jurisdiction; and Crosby, J., who dissents and votes for reversal and dismissal of the complaint, on the ground that the complaint is defective in failing to allege that the plaintiff was employed in interstate commerce at the time of the accident. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

VERNER P. KENNEDY, Respondent, v. JOSEPH DZENGIELEWSKI, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ. [131 Misc. 635.]

UTICA MUTUAL INSURANCE COMPANY, Appellant, v. ROBERT D. GLENNIE and Others, Respondents.— Judgments affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ROY PICKARD, an Infant, etc., Respondent, v. JOSEPH J. NASH, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $3,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WILLIAM A. PICKARD, Respondent, v. JOSEPH J. NASH, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.